*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 13, 2014                518893
_____

In the Matter of the Claim of
    MARIE THOMAS,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   September 16, 2014

Before:   Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.

_____

        Marie Thomas, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Marjorie S. Leff of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed April 30, 2013, which, among other things, ruled
that claimant was ineligible to receive unemployment insurance
benefits because she was not totally unemployed.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.,
concur.

-2-                          518893

ORDERED that the decision is affirmed, without costs.




            ENTER:

            *Robert D Mayberger*

            Robert D. Mayberger
            Clerk of the Court